**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, *et al.*,<br><br>Defendants. | Civil Action No.:<br><br>Judge:<br><br>Magistrate Judge: |

**NOTICE OF REMOVAL**

The United States, by and through its undersigned attorneys, pursuant to 28 U.S.C. § 2679(d)(2), respectfully gives notice of the removal of the above-captioned action to this Court as follows:

1. On July 10, 2026, Plaintiff Saifullah Khan filed a complaint against Nicholas J. Uccello in the State of Connecticut Superior Court for the Judicial District of Hartford. *See Khan v. Uccello, et al.*, Complaint, HHD-CV26-6228240-S (Conn. Super. Ct. 2026).

2. Mr. Uccello, the named defendant, is an employee of U.S. Immigration and Customs Enforcement ("ICE"), a component of the United States Department of Homeland Security ("DHS").

3. The complaint alleges that on May 9, 2025, while Officer Uccello was an ICE Supervisory Detention and Deportation Officer acting under color of federal law, Officer Uccello allegedly unlawfully tased and arrested Plaintiff Saifullah Khan during the execution of an I-200 warrant, and that Plaintiff allegedly suffered damages as a result.

4. This Notice of Removal is supported by 28 U.S.C. § 2679(d)(2).

5. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (2012) ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. *See* 28 U.S.C. § 2679(b)(1).

6. Pursuant to 28 U.S.C. § 2679(d)(2), upon certification that a federal employee was acting within the scope of his employment at the time of an allegedly tortious incident, the entire "civil action" "shall be removed without bond at any time before trial."

7. Jonathan D. Guynn, the Acting Director of the Torts Branch, Civil Division, United States Department of Justice, has certified that Officer Uccello was an employee of the government acting in the scope of office or employment at the time of the incident out of which the plaintiffs' claims arose. A copy of this certification is attached hereto as Exhibit 1.

8. Because Officer Uccello was acting within the scope of his office or employment at the time of the incident out of which the plaintiff's claims arose, pursuant to the scope certification, the United States has been substituted for Officer Uccello for all claims for which the FTCA provides the exclusive remedy, and the United States will file a formal Notice of Substitution in this Court. *See* 28 U.S.C. 2679(b)(1); (d)(2). Accordingly, this case properly is removed by the United States pursuant to 28 U.S.C. § 2679(d)(2).

9. Pursuant to 28 U.S.C. § 1446, written notice of this Notice of Removal is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the State of Connecticut Superior Court for the Judicial District of Hartford.

10. In accordance with 28 U.S.C. § 1446(a) and applicable Local Rules, a copy of all process, pleadings, and orders included on the state court docket is attached hereto as Exhibits 2 (state court summons), 3 (state court complaint), and 4 (return of service).

11. The United States will reserve all defenses until such time as an Answer is due in this action.

12. For these reasons, this action, which is now pending in State of Connecticut Superior Court for the Judicial District of Hartford, is removed to this Court.

Dated: August 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*/s/ Matthew M. Brotz*
MATTHEW M. BROTZ
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 451-7481
Email: matthew.brotz@usdoj.gov

*Counsel for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 25th day of August, 2026 to:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*