# Exhibit 4

State of: Connecticut

City of: **Meriden** **July 10, 2026**

County of: **New Haven**

Then and there on the **10th** day of **July,** at the special direction of the Plaintiff's Attorney, I made due and legal service upon the within named Defendant: **Nicholas J. Uccello** by leaving at the usual place of abode at: **13 Boris Court, Meriden, CT,** a true and attested copy of the within Summons, Complaint, Claims for Relief, and Jury Demand with my endorsement thereon. I ran a skip trace on idiCore and it shows this as Mr. Uccello's current address.

The within and foregoing is the Original Summons, Complaint, Claims for Relief, and Jury Demand with my endorsement hereon.

Attest:

Daniel J. Cooney
State Marshal

| | | |
|---|---|---|
| Service(1): | $ | 50.00 |
| Conformity: | $ | 14.00 |
| Endorsements: | $ | 1.00 |
| DMV Fee: | $ | 00.00 |
| Email Service: | $ | 50.00 |
| USPS Fee: | $ | 00.00 |
| Mileage: | $ | 33.35 |
| Total: | $ | 148.35 |