**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br>v.<br>NICHOLAS J. UCCELLO, *et al.*,<br>Defendants. | Civil Action No.:<br>Judge:<br>Magistrate Judge: |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d), the United States is hereby substituted for defendant Nicholas J. Uccello with respect to Plaintiff's state law claims. The grounds for the substitution are as follows:

1. Plaintiff alleges that Supervisory Detention and Deportation Officer Uccello violated Connecticut law while he was employed by the United States Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") and acting as part of an immigration enforcement operation initiated and managed by those agencies. *Khan v. Uccello, et al.*, Complaint Count I ¶¶ 1, 4, 13, HHD-CV26-6228240-S (Conn. Super. Ct. 2026). The complaint asserts that Officer Uccello violated Section 1 of Substitute Senate Bill No. 397, Public Act No. 26-14, by unlawfully tasing and arresting Plaintiff in the Abraham A. Ribicoff Federal Building and United States Courthouse in Hartford, Connecticut, in retaliation for filing a lawsuit against the Secretary of DHS to compel a decision on his pending asylum application. *Id*. Count I ¶¶ 13-27; Count II ¶¶ 32-35; Count III ¶¶ 30-36. These claims arise under Connecticut law.

2. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (2012) ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. *See* 28 U.S.C. § 2679(b)(1).

3. The FTCA also provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which the plaintiff's claim arose, any civil action or proceeding commenced upon such a claim and arising under state law shall be deemed an action against the United States, and the United States shall be substituted as the defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). Certification authority has been delegated to the United States Attorneys and the Directors of the Civil Division's Torts Branch. 28 C.F.R. § 15.4.

4. Jonathan D. Guynn, Acting Director, Torts Branch, Civil Division, United States Department of Justice, has certified that Officer Uccello was an employee of the government acting in the scope of office or employment at the time of the incident out of which the plaintiffs' claims arose. *See* Ex. 1, Cert. of Scope

For the foregoing reasons, the United States has been substituted as the defendant with respect to the state law claims for relief alleged against Officer Uccello in the complaint. The Court is respectfully referred to the attached Certification of Scope of Employment. An order amending the caption of this case to reflect the substitution of the United States has been tendered for the Court's convenience.

Dated: August 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*/s/ Matthew M. Brotz*
MATTHEW M. BROTZ
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 451-7481
Email: matthew.brotz@usdoj.gov

*Counsel for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, a copy of foregoing Notice of Substitution was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Substitution has been mailed, postage prepaid, on this 25th day of August, 2026 to:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*