# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br>v.<br>NICHOLAS J. UCCELLO, *et al.*,<br>Defendants. | Civil Action No.:<br>Judge:<br>Magistrate Judge: |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Jonathan D. Guynn, Acting Director, Torts Branch, Civil Division, United States Department of Justice, pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the complaint in this action. *See Khan v. Uccello, et al*., Complaint, HHD-CV26-6228240-S (Conn. Super. Ct. 2026). On the basis of the information now available with respect to the claims set forth therein, I find that Nicholas J. Uccello was acting within the scope of federal office or employment at the time of the incident out of which the Plaintiff's claims arise.

JONATHAN GUYNN
Digitally signed by JONATHAN GUYNN
Date: 2026.08.25 10:00:55 -04'00'

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division
U.S. Department of Justice