**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, *et al.*,<br>Defendants. | Civil Action No:<br><br>Judge:<br><br>Magistrate Judge: |

**ORDER**

The Attorney General's designee having certified that defendant Nicholas J. Uccello was acting within the scope of federal office or employment at the time of the incident out of which Plaintiff's claims arose in this action, and the United States having thereby been substituted as the party defendant for defendant Nicholas J. Uccello under 28 U.S.C. § 2679(d), it is hereby:

ORDERED that pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and § 2679(d), all claims set forth in the Complaint (Counts I-III) are dismissed with respect to defendant Nicholas J. Uccello.

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as the defendant.

DATED: ____________________

______________________________
UNITED STATES DISTRICT JUDGE