**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br>v.<br>NICHOLAS J. UCCELLO, *et al.*,<br>Defendants. | Civil Action No.: 3:26-cv-01365<br>Judge:<br>Magistrate Judge: |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the United States of America[1] respectfully moves the Court to dismiss the complaint for lack of subject matter jurisdiction. This motion is supported by the accompanying memorandum of law.[2]

Dated: August 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

[1] The United States is substituted for the named defendant pursuant to 28 U.S.C. § 2679(d). *See* ECF No. 2, Substitution Notice.

[2] Oral argument is not requested on this motion.

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*/s/ Matthew M. Brotz*
MATTHEW M. BROTZ
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 451-7481
Email: matthew.brotz@usdoj.gov