**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, *et al.*,<br><br>Defendants. | Civil Action No.: 3:26-cv-01365<br><br>Judge: Hon. Vernon D. Oliver |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant United States of America[1] in the above-entitled case. All future filings and notices should also be sent to the undersigned.

Respectfully Submitted

Dated: August 26, 2026

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
D. Conn. Bar No. phv209608
NY Bar No. 2682928
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*

[1] Undersigned counsel does not represent defendant Uccello in his individual capacity. Rather, undersigned counsel represents the United States and, by extension, defendant Uccello in his official capacity only.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system.

I hereby certify that a copy of the within and foregoing Notice of Filing of Federal Notice of Removal has been mailed, postage prepaid, on this 26th day of August, 2026 to:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*