**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)**

| | |
|---|---|
| SAIFULLAH KHAN,<br>*Plaintiff*,<br>v.<br>NICHOLAS J. UCCELLO,<br>*Defendant*. | Civil Action No.: 3:26-cv-01365<br>Chief Judge: Vernon D. Oliver<br>Magistrate Judge: Maria E. Garcia |

# NOTICE OF APPEARANCE

Please enter the appearance of Matthew M. Brotz as counsel for Defendant United States of America[1] in the above-captioned matter.

Date: August 26, 2026

Respectfully submitted,

/s/ Matthew M. Brotz
MATTHEW M. BROTZ
D.C. Bar No. 90024822
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
202- 451-7481
matthew.brotz@usdoj.gov

*Counsel for Defendant United States of America*

[1] Undersigned counsel does not represent defendant Uccello in his individual capacity. Rather, undersigned counsel represents the United States and, by extension, defendant Uccello in his official capacity only.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system.

I hereby certify that a copy of the within and foregoing Notice of Filing of Federal Notice of Removal has been mailed, postage prepaid, on this 26th day of August, 2026 to:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513

*/s/ Matthew M. Brotz*
MATTHEW M. BROTZ
Trial Attorney