**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, *et al.*,<br><br>Defendants. | Civil Action No.: 3:26-cv-01365<br><br>Judge: Hon. Vernon D. Oliver |

**NOTICE REGARDING RULE 7 AND THE STANDING ORDER ON REMOVED CASES**

Defendant United States of America hereby provides this notice in response to the Court's docket entry dated August 25, 2026, ECF No. 4, which noted that Federal Rules of Civil Procedure 7.1(a) and 7.1(b) require a party to provide a disclosure statement upon first appearance. Because the United States is not a "nongovernmental corporation," Fed. R. Civ. P. 7.1(a)(1), or a party to a case "in which jurisdiction is based on diversity," Fed. R. Civ. P. 7.1(a)(2), subject to Rule 7.1, it need not file a disclosure statement in this case.

The United States is also aware of this Court's standing order on removed cases, Standing Order 22-35. Because the standing order applies to cases removed "pursuant to 28 U.S.C. § 1441," it does not appear to apply to this case, which was removed under 28 U.S.C. § 2679(d)(2). Therefore, the United States does not intend to file a statement under that order, though it notes, per paragraph 6 of the standing order, that there are no pending motions in state or federal court in this case, except for the United States' motion to dismiss, which was filed in this Court, ECF No. 3. If the Court orders the filing of a disclosure statement or a statement under the standing order, however, the United States will promptly submit one.

Dated: August 26, 2026

Respectfully Submitted

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
D. Conn. Bar No. phv209608
NY Bar No. 2682928
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a copy of foregoing Notice Regarding Rule 7 and the Standing Order on Removed Cases was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system.

I hereby certify that a copy of the within and foregoing Notice Regarding Rule 7 and the Standing Order on Removed Cases has been mailed, postage prepaid, on this 26th day of August, 2026 to:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*