**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, and SIX UNKNOWN NAMED AGENTS OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (DOES 1–6), each in an individual capacity,<br>Defendants. | No. 3:26-cv-01365 (VDO)<br><br>September 24, 2026 |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff Saifullah Khan respectfully moves, pursuant to 28 U.S.C. §§ 1367(c) and 1447(c) and the Court's Order of August 26, 2026 (ECF No. 14), for an order remanding this action to the Connecticut Superior Court for the Judicial District of Hartford, where it was commenced on July 10, 2026, as Docket No. HHD-CV26-6228240-S. In support, Plaintiff states as follows and relies on the accompanying memorandum of law.

1. The United States removed this action on August 25, 2026, under 28 U.S.C. § 2679(d)(2) alone, on the strength of a certification that Defendant Nicholas J. Uccello acted within the scope of his federal employment. ECF Nos. 1, 1-1. The United States has since represented that the action was not removed under 28 U.S.C. § 1441. ECF No. 13 at 1. No defendant has invoked 28 U.S.C. § 1442, and the thirty-day period for doing so expired on August 10, 2026. 28 U.S.C. § 1446(b)(1).

2. The Plaintiff's opposition to the United States' Motion to Substitute Party (ECF No. 2), ECF No. 16, shows that each of the three counts is "brought for a violation of the Constitution of the United States," so that the Westfall Act's exclusive-remedy provision "does not extend or apply" to this action. 28 U.S.C. § 2679(b)(2)(A).

**ORAL ARGUMENT REQUESTED**

3. To the extent the United States asserts any basis for removal or original jurisdiction other than 28 U.S.C. § 2679(d)(2), Plaintiff objects, within the thirty days allowed by 28 U.S.C. § 1447(c), that no such basis was stated in the notice of removal, that the time to remove on any such basis expired on August 10, 2026, and that the notice may not now be amended to add one.

4. Plaintiff accordingly requests that the Court remand the action.

Respectfully submitted,

/s/ Alexander T. Taubes
Alexander T. Taubes [Fed. Bar No. ct30100]
470 James Street, Suite 007
New Haven, CT 06513
Tel: (203) 909-0048
alextt@gmail.com
Counsel for Plaintiff Saifullah Khan