# EXHIBIT A

# APPEARANCE

JD-CL-12 Rev. 1-26
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3;
WCAG 2.1 AA

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| ☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.* | Return date *(For Civil/Family cases)*<br>**Aug-25-2026**<br>Docket Number<br>**HHD-CV-26-6228240-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant) Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**KHAN, SAIFULLAH v. UCCELLO, NICHOLAS J. Et Al**

| ☐ Housing Session ☒ Judicial District ☐ Geographic Area ___ | Address of court *(Number, street, town and zip code)* | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|
| | **95 WASHINGTON STREET HARTFORD, CT 06106** | |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* | | | | | Juris number *(For attorney/law firm)* |
|---|---|---|---|---|---|
| **UNITED STATES ATTORNEY** | | | | | **065028** |
| Mailing address | | | | Post Office box number | Telephone number *(Area code first)* |
| **DISTRICT OF CONNECTICUT 157 CHURCH ST 25TH FL** | | | | | **203-821-3700** |
| City/town | State | Zip code | Fax number | E-mail address | |
| **NEW HAVEN** | **CT** | **06510** | **203-773-5373** | **michelle.mcconaghy@usdoj.gov** | |

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
- ☐ The Plaintiff.
- ☐ All Plaintiffs.
- ☐ The following Plaintiff(s) only: ____________

**DEFENDANT**
- ☐ The Defendant.
- ☒ All Defendants.
- ☐ The following Defendant(s) only: ____________

☐ **Other** *(Specify):* ____________

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender OR ☐ Assigned Counsel (Special Public Defender)
☐ This appearance is for the purpose of a bail hearing only.
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: ____________
*Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case.** ☒ **Yes** ☐ **No**

***Any attorney who is <u>not</u> exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)***

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| **425683** | **MICHELLE L MCCONAGHY** | **Aug 25 2026** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically *or non-electronically on (date)* **Aug 25 2026** to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

***FOR COURT USE ONLY***

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**ALEXANDER TAUBES - 470 JAMES STREET/SUITE 007/NEW HAVEN, CT 06513**

**If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ *425683* | **MICHELLE L MCCONAGHY** | **Aug 25 2026** |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |

Print Reset

**Continuation of JDCL12 Appearance Form for HHD-CV-26-6228240-S**

**Submitted By UNITED STATES ATTORNEY (065028)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 NICHOLAS J. UCCELLO

Pty# D-02 SIX UNKNOWN NAMED AGENTS OF US IMMIGRATION AND CUSTOMS EN

******* End of Party List *******