# EXHIBIT B

**SUPERIOR COURT**
**JUDICIAL DISTRICT OF HARTFORD**
**AT HARTFORD**

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, *et al.*,<br><br>Defendants. | Civil No. HHD-CV26-6228240-S |

**NOTICE OF FILING OF FEDERAL NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on August 25, 2026, the United States of America, which has been substituted as the defendant in this matter under 28 U.S.C. § 2679(d)(1), filed a Notice of Removal in the United States District Court for the District of Connecticut to effect removal of this case pursuant to 28 U.S.C. § 2679(d)(2). A copy of the Notice of Removal, with attachments, is filed as an exhibit to this notice. This notice is being furnished and is filed as provided by 28 U.S.C. § 1446(d).

The United States respectfully notes that pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Dated: August 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER

Assistant Director, Torts Branch

/s/ John B. F. Martin
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

/s/ Matthew M. Brotz
MATTHEW M. BROTZ
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 451-7481
Email: matthew.brotz@usdoj.gov

*Counsel for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, a copy of foregoing Notice of Filing of Federal Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's electronic filing system.

I hereby certify that a copy of the within and foregoing Notice of Filing of Federal Notice of Removal has been mailed, postage prepaid, on this 25th day of August, 2026 to:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov

*Counsel for Defendant United States*