**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, and SIX UNKNOWN NAMED AGENTS OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (DOES 1–6), each in an individual capacity,<br>Defendants. | No. 3:26-cv-01365 (VDO)<br><br>October 1, 2026 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY ON THE MOTION TO SUBSTITUTE PARTY (ECF NO. 2)**

Plaintiff Saifullah Khan respectfully moves under Local Rule 7(d) for leave to file a sur-reply of no more than five pages, attached to this motion, limited to matters raised for the first time in the United States' reply in support of substitution, ECF No. 20. Good cause exists:

1. The reply is the government's first brief on its own motion. Its Notice of Substitution cited no case and came with no memorandum. ECF No. 2. When the government sought extra pages for the reply, it told the Court that it "did not file any memorandum in support of the filing" and would "address the issues raised in Plaintiff's opposition for the first time in a reply memorandum." ECF No. 17 ¶¶ 2–3. Plaintiff consented to that request.

2. The reply therefore presents the government's case for the first time: a legislative history of the Westfall Act and its precursors, a survey of lower-court decisions, and eighteen decisions the opposition does not cite. ECF No. 20 at 3–13. Plaintiff has had no opportunity to answer any of it.

3. The reply also goes beyond the opposition. Footnote 1 offers unsworn factual assertions about the Superior Court filings and a new position that Does 1–6 are "fictitious parties against whom no claims can proceed." *Id.* at 3 n.1. Footnote 4 argues the merits of the pending motion to

**ORAL ARGUMENT NOT REQUESTED**

remand, calling it “frivolous,” *id.* at 13 n.4, though that motion has its own briefing schedule, ECF No. 14.

4. On September 28, 2026, undersigned counsel asked counsel for the United States for its position on this motion, describing the relief it requests. Counsel responded on September 29: “The United States does not oppose the motion for a surreply.”

Plaintiff therefore requests leave to file a sur-reply of no more than five pages, attached, so that the Court may consider it with the Motion to Substitute Party, ECF No. 2.

Respectfully submitted,

/s/ Alexander T. Taubes
Alexander T. Taubes [Fed. Bar No. ct30100]
470 James Street, Suite 007
New Haven, CT 06513
Tel: (203) 909-0048
alextt@gmail.com
Counsel for Plaintiff Saifullah Khan