**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br>Plaintiff,<br><br>v.<br><br>NICHOLAS J. UCCELLO, *et al.*,<br>Defendants. | Civil Action No: 3:26-cv-01365<br><br>Judge: Hon. Vernon D. Oliver<br><br>Magistrate Judge: |

**PROPOSED ORDER**

The United States having moved for a stay of discovery and all deadlines—except for the existing briefing deadlines regarding the United States' substitution notice, Plaintiff's remand motion (*see* ECF No. 14, Order Setting Deadlines), and any deadlines the Court may set on any motion to dismiss filed by the United States—and having considered the United States' motion for a stay of discovery and all deadlines, as well as any opposing submissions and replies thereto, and upon further consideration of the record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that discovery and all deadlines in this matter, except for the existing briefing deadlines regarding the United States' substitution notice and Plaintiff's remand motion, are stayed until any decision is reached on the United States' substitution notice and Plaintiff's remand motion.

It is further **ORDERED** that, in the event the United States' substitution notice is upheld and Plaintiff's remand motion is denied, the stay of discovery and all deadlines will automatically remain in effect until a decision on the United States' forthcoming motion to dismiss, or, in the

event the United States does not file a motion to dismiss by the deadline for such motion, until the deadline for the United States to respond to the complaint, whichever is later.

DATED: ____________________

_______________________________
UNITED STATES DISTRICT JUDGE